### EX PARTE CHARLIE CAMPBELL.

#### No. 3632.    Decided June 9, 1915.

**Habeas Corpus—Bail—Circumstantial Evidence.**

Where, upon trial of habeas corpus, the evidence against relator was wholly circumstantial, but sufficient to show that an offense was committed by relator, there was no error in binding him over for the action of the grand jury.

Appeal from the District Court of Montgomery. Tried below before the Hon. J. Llewellyn.

Appeal from a habeas corpus proceeding fixing bail in the sum of $700. The opinion states the case.

*McCall, Crawford & McCall,* for relator.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—On the night of the 5th of last March, John Holland was killed in his room by having his throat cut. The wounds were of the character that indicated he had been cut with a knife and

with an ax. The record before· us contains no evidence of excuse or justification for the person or persons who committed the act. The evidence against relator and Will Tolbert is wholly circumstantial, but we think of that strength and cogency that authorized binding them to await the action of the grand jury. And taking into consideration the character of the offense shown to have been committed by someone, if the circumstances are such as authorized the court to bind relator over to await the action of the grand jury, the bond fixed by the court at $750 is not excessive, and the judgment is affirmed.

*Affirmed.*